**Film Title: London Has Fallen**
**Rights Owner: LHF Productions, Inc.**

| | **SHA-1 Hash:** 6B30D9F4FB05238053EA9201DDC079FF27923D59 | | | | |
|---|---|---|---|---|---|
| **John Doe Number** | **IP Address** | **Port** | **Infringement Date/Time (yr/m/d)/ UTC** | **ISP** | **General Vicinity of Connection in Jurisdiction** |
| 1 | 174.51.26.245 | 38537 | 2016-08-30 22:24:58 | Comcast Cable | Colorado Springs |
| 2 | 50.183.118.144 | 51819 | 2016-08-29 04:34:08 | Comcast Cable | Avon |
| 3 | 67.177.225.194 | 56277 | 2016-08-28 04:15:14 | Comcast Cable | Lafayette |
| 4 | 50.170.192.119 | 9376 | 2016-08-16 18:30:53 | Comcast Cable | Colorado Springs |
| 5 | 50.134.192.151 | 59698 | 2016-08-08 01:59:46 | Comcast Cable | Fort Collins |
| 6 | 75.166.187.199 | 36857 | 2016-08-27 15:35:06 | CenturyLink | Arvada |
| 7 | 70.59.16.24 | 10327 | 2016-08-22 04:35:52 | CenturyLink | Denver |
| 8 | 75.171.231.197 | 61662 | 2016-08-17 12:29:22 | CenturyLink | Denver |
| 9 | 71.211.34.137 | 51591 | 2016-08-11 18:22:34 | CenturyLink | Colorado Springs |
| 10 | 75.166.186.8 | 42372 | 2016-08-08 05:46:50 | CenturyLink | Denver |
| 11 | 97.118.233.188 | 55223 | 2016-08-07 23:19:12 | CenturyLink | Littleton |

EXHIBIT 1